# Third District Court of Appeal

## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-966
Lower Tribunal No. F88-21370A
_____

**Felix De La Hoz,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Felix De La Hoz, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See § 775.082(1), Fla. Stat. (1988) ("A person who has been convicted of a capital felony shall be punished by life imprisonment and shall be required to serve no less than 25 years before becoming eligible for parole . . . ."); State v. Ortiz, 79 So. 3d 177, 179 (Fla. 3d DCA 2012) ("[B]ecause the defendant had already served his sentence to completion, the trial court lacked the authority to set it aside because the question became moot."); Fla. R. Crim. P. 3.850(f)(1) ("If the motion is insufficient on its face, and the time to file a motion under this rule has expired prior to the filing of the motion, the court shall enter a final appealable order summarily denying the motion with prejudice.").